

DIVISION of CORPORATIONS
*an official State of Florida website*

Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

## Detail by Entity Name

Florida Limited Liability Company
CHARMING BEATS LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L21000095793 |
| **FEI/EIN Number** | 86-2501388 |
| **Date Filed** | 03/04/2021 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

2812 HICKORY RIDGE DR
LAKELAND, FL 33813

**Mailing Address**

2812 HICKORY RIDGE DR
LAKELAND, FL 33813

**Registered Agent Name & Address**

CUPOLO, RICHARD
2812 HICKORY RIDGE DR
LAKELAND, FL 33813

**Authorized Person(s) Detail**

**Name & Address**

Title AMBR

CUPOLO, RICHARD
2812 HICKORY RIDGE DR
LAKELAND, FL 33813

Title AMBR

EMANUELE, JOHN
75-10 197TH ST
FLUSHING, NY 11366

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2022 | 06/15/2022 |

2023          03/01/2023

**Document Images**

| | |
|---|---|
| 03/01/2023 -- ANNUAL REPORT | View image in PDF format |
| 06/15/2022 -- ANNUAL REPORT | View image in PDF format |
| 03/04/2021 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations