# Exhibit 2

## Re: ***Spam*** Charming Beats LLC adv Uptone Pictures and Gobo on Demand

mike@uptonepictures.com

Mon 5/15/2023 11:42 AM

To:Richard Garbarini <rgarbarini@garbarinilaw.com>;info@uptonepictures.com <info@uptonepictures.com>

Mr. Garbarini,

Thank you for your email dated may 13th 2023.

I appreciate your notification on this promo

www.youtube.com/watch?v=GiWATHKOnUY

We did not create this and not sure who made it , or when it was  made.  We believe one of our distribution partners may have made it.
You will notice in the official versions the graphics are different and the music is as well.

The official trailer that we have created is this one and it is the one we have sent out to our partners.
 https://vimeo.com/manage/videos/82625703/bc9112f47a

we also created this Teaser trailer
https://youtu.be/p39K5VVKgU4


Again, very different from the one you shared with us.

We have sold our film all over the world and  we believe one of the third party  distribution or sales agents created this promo. NOT UPTONE.

As for the clip that was on the GOBO's YouTube channel, one our interns grabbed it and posted it , thinking it was from the film or one of our trailers.
That has been fixed and removed from the channel.

We are truly sorry for this misunderstanding and assure you that we did not make or create the  version of the Trailer you presented to us.

Again, We have removed it from youtube and we have reached out to several of our distribution partners including.  G FILMS,  BMG GLOBAL and HERITAGE HM to see if by chance they make this version.  We believe that it was likely made in Brazil by G Films, but cannot verify that 100%.  We believe it was them because of the subtitles are in Portuguese and they were the ones that distributed the film there.


Kind Regards,
Michael Davis

---

**From:** Richard Garbarini <rgarbarini@garbarinilaw.com>
**Date:** Saturday, May 13, 2023 at 5:54 PM
**To:** Mike@UptonePictures.com <Mike@UptonePictures.com>, info@uptonepictures.com

<info@uptonepictures.com>
**Subject:** Charming Beats LLC adv Uptone Pictures and Gobo on Demand

Mr. Davis:

See the attached Notice of Litigation.

**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue, 7th Fl.
New York, NY 10177
Office : 212.300.5358
Fax : 212.731.0278
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.